UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**24-20177-CR-WILLIAMS/GOODMAN**
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 922(e)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

FILED BY ____MP____ D.C.

Apr 25, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

v.

**DANTE MARQUAZE DONALDSON and
JELEEL EION GUMBS,**

   **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Commit an Offense Against the United States**
**(18 U.S.C. § 371)**

Beginning on or about October 18, 2022, and continuing through on or about October 31, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DANTE MARQUAZE DONALDSON and
JELEEL EION GUMBS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to fraudulently and knowingly export and send from the United States to a place outside thereof, that is, Saint Martin, any merchandise, article, and object, that is, firearms and ammunition, and to conceal and facilitate the transportation and concealment of such merchandise,

article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D), in violation of Title 18, United States Code, Sections 554 and 2.

## OBJECT AND PURPOSE OF THE CONSPIRACY

It was an object and purpose of the conspiracy for the defendants and their co-conspirators to purchase firearms and ammunition, and then to illegally ship the firearms and ammunition, via common or contract carrier, and other means, outside of the United States.

## OVERT ACTS

In furtherance of the conspiracy and to affect the object and purpose of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. On or about October 18, 2022, **DANTE MARQUAZE DONALDSON** purchased two Glock pistols from a pawn shop in Jonesboro, Georgia.

2. On or about October 19, 2022, **JELEEL EION GUMBS** purchased an air tank in Dunwoody, Georgia.

3. On or about October 20, 2022, **DANTE MARQUAZE DONALDSON** purchased two Glock pistols from a pawn shop in Jonesboro, Georgia.

4. On or about October 20, 2022, **JELEEL EION GUMBS** and his co-conspirators cut open the air tank in order to conceal the firearms and ammunition inside prior to shipping the air tank.

5. On or about October 21, 2022, **DANTE MARQUAZE DONALDSON** purchased one Glock pistol from a pawn shop in Jonesboro, Georgia.

6.      On or about October 22, 2022, **JELEEL EION GUMBS** and his co-conspirators taped the firearms and ammunition to the inside of the air tank, and then resealed it in order to conceal the firearms and ammunition inside the air tank prior to shipping the package to Saint Martin via Doral, Florida.

7.      On or about October 25, 2022, at a FedEx in Decatur, Georgia, **DANTE MARQUAZE DONALDSON** caused a package with concealed firearms and ammunition to be shipped to Saint Martin via Doral, Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Attempted Smuggling Goods from the United States
### (18 U.S.C. § 554)

From on or about October 25, 2022, through on or about October 31, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DANTE MARQUAZE DONALDSON and**
**JELEEL EION GUMBS,**

did fraudulently and knowingly attempt to export and send from the United States to a place outside thereof, that is, Saint Martin, any merchandise, article, and object, that is, firearms and ammunition, and did conceal and facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D), in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 3
### Delivery of Firearms and Ammunition to a Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

From on or about October 25, 2022, through on or about October 31, 2022, in Miami-Dade

3

County, in the Southern District of Florida, and elsewhere, the defendants,

**DANTE MARQUAZE DONALDSON and
JELEEL EION GUMBS,**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearm importer, manufacturer, dealer, and collector, a package and other container in which there was firearms and ammunition, without written notice to the carrier that such firearms and ammunition was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which any of the defendants, **DANTE MARQUAZE DONALDSON** and **JELEEL EION GUMBS**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of, and/or a conspiracy to commit a violation of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

████████████████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
LINDSEY MAULTASCH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

24-20177-CR-WILLIAMS/GOODMAN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.:** _____ |
| v. | |
| DANTE MARQUAZE DONALDSON and JELEEL EION GUMBS, | **CERTIFICATE OF TRIAL ATTORNEY** |
| _____/ | |
| Defendants. | **Superseding Case Information:** |
| | New Defendant(s) (Yes or No) ____ |
| | Number of New Defendants ____ |
| | Total number of new counts ____ |

**Court Division** (select one)
- ☒ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Lindsey Maultasch
Assistant United States Attorney
Court ID No.   A5502705

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  DANTE MARQUAZE DONALDSON

**Case No**: _____

Count # 1:

Conspiracy to Smuggle Goods from the United States

Title 18, United States Code, Section 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count # 2:

Attempted Smuggling Goods from the United States

Title 18, United States Code, Section 554
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count # 3:

Delivery of a Firearm and Ammunition to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JELEEL EION GUMBS

**Case No**: _____

Count # 1:

Conspiracy to Smuggle Goods from the United States

Title 18, United States Code, Section 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count # 2:

Attempted Smuggling Goods from the United States

Title 18, United States Code, Section 924(c)(1)(A)(ii)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count # 3:

Delivery of a Firearm and Ammunition to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**